**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ROBERT FLETCHER

*Plaintiff,*

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
BRIDGECREST CREDIT COMPANY, LLC,

*Defendants,*

**Civil Action No:** 4:24-CV-00370

**PLAINTIFF ROBERT FLETCHER'S NOTICE OF APPEAL**
**TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Notice is hereby given that Robert Fletcher, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Order entered in this action on the 21st day of May 2024.

DATED: May 29, 2024

Respectfully Submitted,

**JAFFER & ASSOCIATES PLLC**
*/s/ Shawn Jaffer*
**Stephen Jones**
State Bar No.: 24094760
**Shawn Jaffer**
State Bar No.: 24107817
5757 Alpha Road Suite 580
Dallas, Texas 75240
T: (469) 589-5605
F: (888) 530-3910
E-mail: sdtx@jaffer.law
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2024, a true and correct copy of the foregoing document has been filed on CM/ECF which will automatically be served upon all parties of record.

*/s/ Shawn Jaffer*
Shawn Jaffer