United States Courts
Southern District of Texas
FILED
*September 19, 2024*
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 19, 2024
Lyle W. Cayce
Clerk

No. 24-20249

ROBERT FLETCHER,

*Plaintiff—Appellant*,

*versus*

EXPERIAN INFORMATION SOLUTIONS, INCORPORATED; BRIDGECREST CREDIT COMPANY, L.L.C.,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-370

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 19, 2024, for want of prosecution. The appellant failed to timely file an appellant's brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Christy M. Combel
Christy M. Combel, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 19, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 24-20249 Fletcher v. Experian Info Solutions
USDC No. 4:24-CV-370

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Christy M. Combel
Christy M. Combel, Deputy Clerk
504-310-7651

cc:
Ms. Julia Nicole Camp
Mr. Shawn Jaffer
Ms. Sabrina Anne Neff
Mr. Brandon S Stein
Mr. Nicholas David Stepp