United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT FLETCHER, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-24-370 |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | § | |
| Defendants. | § | |

**ORDER**

The defendants, Experian and Bridgecrest, have shown that the claims brought by the plaintiff, Robert Fletcher, are without merit. The claims are dismissed under Federal Rule of Civil Procedure 12(b)(6).

SIGNED on February 12, 2025, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge