**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ROBERT FLETCHER<br><br>*Plaintiff,*<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>BRIDGECREST CREDIT COMPANY, LLC,<br><br>*Defendants*, | **Civil Action No:** 4:24-CV-00370 |

## NOTICE OF SATISFACTION OF JUDGMENT

On or about February 12, 2025, this Court entered an *Amended Memorandum of Opinion* granting Defendant's Bridgecrest Credit Company, LLC ("Bridgecrest") and Experian Information Solutions, Inc. ("Experian"), Motion for Attorney Fees. [Dkt. 52].

In accordance with the Memorandum of Opinion, Plaintiff's Counsel has made the required full payments to Bridgecrest and Experian via a cashiers check delivered by UPS with tracking as follows:

**Bridgecrest Credit Company, LLC**
c/o Brandon Stein /Husch Blackwell LLP
2415 E Camelback Rd, Suite 500
Phoenix, AZ 85016
UPS Tracking# 1Z44864Y0302244777
Delivered on: Monday, March 3, 2025



**Experian Information Solutions, Inc.**
c/o Analeigh Barnes / Jones Day
717 Texas, Suite 3300
Houston, TX 77002
UPS Tracking# 1Z44864Y0306465594
Delivered on: Tuesday, March 4, 2025



HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK
CASHIER'S CHECK
CHASE
9606115475
25-3/440
Date 02/27/2025
Void after 1 year
Remitter: JAFFER & ASSOCIATES, PLLC
Pay To The Order Of: JONES DAY AS ATTORNEYS FOR EXPERIAN INFORMATION SOLUTIONS, INC.
Pay: THIRTEEN THOUSAND FIFTY NINE DOLLARS AND 18 CENTS
$** 13,059.18 **
Drawee: JPMORGAN CHASE BANK, N.A.
Do not write outside this box
Memo: Re: 4:24-cv-00370 Fletcher v. Experian
Note: For information only. Comment has no effect on bank's payment.
Thomas W Horne, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH
⑈9606115475⑈ ⑆044000037⑆ 758661375⑈

As such, Plaintiff Robert Fletcher, Shawn Jaffer, and Shawn Jaffer & Associates, have fully complied this Court's order and respectfully request this Court to enter a satisfaction and release of judgment and release the Plaintiff Rober Fletcher, Shawn Jaffer, and Shawn Jaffer & Associates from any further obligations under the judgement

Respectfully submitted, Dated: March 11, 2025

**JAFFER & ASSOCIATES PLLC**

*/s/ Shawn Jaffer*

**Shawn Jaffer**
TX Bar No. 24107817
Stephen Jones
TX Bar No. 24094760
5301 Alpha Road, Suite 80 - 5
Dallas, TX 75240
Phone: (214) 945-0000
Email: ecf@jaffer.law
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, a true and correct copy of the foregoing document has been filed on CM/ECF which will automatically be served upon all parties of record.

*/s/ Shawn Jaffer*
**Shawn Jaffer**