**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ROBERT FLETCHER

*Plaintiff,*

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
BRIDGECREST CREDIT COMPANY, LLC,

*Defendants*,

**Civil Action No:** 4:24-CV-00370

**PLAINTIFF ROBERT FLETCHER'S SUBSEQUENT NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Notice is hereby given that Robert Fletcher, Plaintiff in the above-named case, hereby files this subsequent Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on the 12th day of February 2025.

Specifically, Plaintiff appeals the Court's: 1) Granting of Defendant Bridgecrest Credit Company, LLC's Motion for Rule 11 Sanctions; (2) Order Striking Plaintiff's Complaint; (3) denial of Plaintiff's counsels' request to withdraw; and (4) Court's Amended Memorandum and Opinion Granting of Defendant Bridgecrest Credit Company, LLC's and Defendant Experian Information Solutions, Inc's Motion for attorneys' fees and costs against the Plaintiff and his counsel.

Furthermore, Plaintiff Robert Fletcher, Plaintiff's counsel Shawn Jaffer, and Shawn Jaffer & Associates, have fully satisfied the Court's Final Judgment entered into on the 12th day of February 2025 by remitting the full amount of the judgment to both Defendant Experian Information Solutions, Inc. and Defendant Bridgecrest Credit Company, LLC.

DATED: March 11, 2025

Respectfully Submitted,

**JAFFER & ASSOCIATES PLLC**

/s/ Shawn Jaffer
**Shawn Jaffer**
TX Bar No. 24107817
Stephen Jones
TX Bar No. 24094760
5301 Alpha Road, Suite 80 - 5
Dallas, TX 75240
Phone: (214) 945-0000
Email: ecf@jaffer.law
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2025, a true and correct copy of the foregoing document has been filed on CM/ECF which will automatically be served upon all parties of record.

*/s/ Shawn Jaffer*
**Shawn Jaffer**