# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*January 27, 2026*
Nathan Ochsner, Clerk of Court

No. 25-20086

United States Court of Appeals
Fifth Circuit
**FILED**
January 6, 2026
Lyle W. Cayce
Clerk

ROBERT FLETCHER,

*Plaintiff—Appellant*,

*versus*

EXPERIAN INFORMATION SOLUTIONS, INCORPORATED; BRIDGECREST CREDIT COMPANY, L.L.C.,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-370

## JUDGMENT

Before ELROD, *Chief Judge,* and SMITH, and WILSON, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the district court's sanctions awards is VACATED and REMAND for further proceedings consistent with this opinion.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

**Certified as a true copy and issued as the mandate on Jan 27, 2026**

**Attest:** Lyle W. Cayce

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 27, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 25-20086 Fletcher v. Experian Info Solutions
USDC No. 4:24-CV-370

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

Dantrell Johnson

By: _________________________
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
Ms. Analeigh Barnes
Mr. Joseph Diedrich
Mr. Nathaniel P. Garrett
Ms. Heather Bryn Hersh
Mr. Shawn Jaffer
Mr. Stephen Thomas Jones
Ms. Sabrina Anne Neff
Mr. Brandon S Stein