# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*February 12, 2026*
Nathan Ochsner, Clerk of Court

No. 25-20086

United States Court of Appeals
Fifth Circuit
**FILED**
February 12, 2026
Lyle W. Cayce
Clerk

ROBERT FLETCHER,

*Plaintiff—Appellant*,

*versus*

EXPERIAN INFORMATION SOLUTIONS, INCORPORATED; BRIDGECREST CREDIT COMPANY, L.L.C.,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-370

UNPUBLISHED ORDER

Before ELROD, *Chief Judge*, and SMITH and WILSON, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that mandate issued on January 27, 2026 is RECALLED.

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 12, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-20086 Fletcher v. Experian Info Solutions
USDC No. 4:24-CV-370

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Dantrell Johnson
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Ms. Analeigh Barnes
Mr. Joseph Diedrich
Mr. Nathaniel P. Garrett
Ms. Heather Bryn Hersh
Mr. Shawn Jaffer
Mr. Stephen Thomas Jones
Ms. Sabrina Anne Neff
Mr. Nathan Ochsner
Mr. Brandon S Stein