United States District Court
Southern District of Texas
**ENTERED**
September 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT FLETCHER, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 24-370 |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons stated in detail on the record at the September 18, 2026, hearing, with the agreement of the parties, this civil action is dismissed with prejudice as to all parties and as to all claims. This is a final judgment.

SIGNED on September 18, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge